FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-274-JAD-(GWF) |
| MICHAEL D. WILLIAMS, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on October 2, 2013, that MICHAEL D. WILLIAMS shall pay the criminal forfeiture money judgment of $760,469.12 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 55; Order of Forfeiture, ECF No. 57; Plea Agreement, ECF No. 58.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL D. WILLIAMS the criminal forfeiture money judgment in the amount of $760,469.12 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this 29th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE